FL001337

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Plaintiff(s),
DUANE BERRY

v.

Case: 2:13-cv-11725
Judge: Tarnow, Arthur J.
MJ: Randon, Mark A.
Filed: 04-17-2013 At 12:43 PM
CMP Berry v. Usewick (krk)

Defendant(s).
EDWARD FRANK USEWICK III

_____/

# COMPLAINT for DAMAGES

## I. INTRODUCTION

This is a complaint for injunctive relief by Plaintiff DUANE BERRY for acts under a corrupt organization (Executive Auto Brokers) in connection with and authorized by Defendant EDWARD FRANK USEWICK III.

## II. STATEMENT OF FACTS

1. Edward Usewick (Defendant), owner of Executive Auto Brokers Used Cars on Dort Hwy in Flint, MI along with four others faced felony racketeering charges for fraud and passing false tittles, where Usewick was believed to be the alleged ring leader of the scheme.
2. Genesse County Sheriff Robert Pickell and Prosecutor David Leyton believed Usewick received numerous cars from a leasing company in Massachusetts, but never fully paid for those cars. Then, he and three accomplices sold false titles to unsuspecting customers on those vehicles.
3. On March 13, 2013 at the Federal Bureau of Investigation (FBI) offices in Troy, MI., Usewick (Defendant) in the presence of his attorney Matt Norwood, was interviewed by Assistant United States Attorney Christopher Varner and voluntarily provided information and confessed that (Plaintiff) purchased a 2004 black Lamborghini, VIN #ZHWGU11584LA00934 from Executive Auto Brokers and upon the sale to (Plaintiff), the car remained titled in the name of Executive Auto Brokers.
4. For his review, AUSA Varner provided Usewick (Defendant) copies of bank records for Executive Auto Brokers at Elga Credit Union that reflected an incoming wire transaction of $138,000.00 that Usewick (Defendant) stated he believed was from( Plaintiff) for the Lamborghini.
5. The vehicle was then purchased by Executive Auto Brokers via Chicago Motor Mall and delivered to (Plaintiff). The car remained titled in Executive Auto Brokers and Usewick(Defendant) attempted to have the title transferred to Plaintiff's dad (Letroy Berry), but for one reason or another could not.(see Government Exhibit 7B)
6. As (Plaintiff) was being evicted from one of his investment residences Usewick (Defendant) received a call from the Bloomfield Hills police department who advised that they were serving an eviction notice and that a Lamborghini was left in the garage.
7. The officer told Usewick(Defendant) since it was titled in his name he would have to take possession of it.
8. Usewick (Defendant) took possession of vehicle, and on May 07, 2008 resold it to Sovereign Purchasing , 730 E. Main, Flushing , MI 48433.(see Government Exhibit 7C)
9. As a result Usewick (Defendant) received and pocketed said funds from such scheme, leaving Plaintiff to incur a loss of $138,000.00.
10. On March 11, 2013 AUSA Christopher Varner, supplied (Plaintiff) with Official Record file # 329A-DE-104436 from the Federal Bureau of Investigation and Government Exhibit 7B-7C, confirming fore mentioned voluntary information provided by Edward Usewick (Defendant)

## III. STATEMENT OF CLAIM

In violation of 18 USC § 1028 and 18 § 1021- Fraud and related activity in connection with identification documents, authentication features, and information and Title records- Defendant defrauded Plaintiff out of $138,000.00 USD.

## V. RELIEF

Whereby, Plaintiff prays this Honorable Court execute justice on his behalf and make a Declaratory Judgment in the following manner:

(a.) An order granting Plaintiff Declaratory relief against Defendant with a monetary judgment in the amount of ONE HUNDRED THIRTY EIGHT THOUSAND DOLLARS ($138,000.00 USD) for compensatory damages for loss of funds.
(b.) An order granting Plaintiff recovery all costs in this suit.
(c.) The right to trial by jury.
(d.) Any other relief deemed "Just" and "Proper" by this Honorable Court.

**I, DUANE BERRY, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

DATE *April 15, 2013*

DUANE BERRY

38742 BRAMHAM

CLINTON TWP, MI 48038

(248) 841-3346

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

County in which action arose __WAYNE__

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
DUANE BERRY

**DEFENDANTS**
EDWARD FRANK USEWICK III

(b) County of Residence of First Listed Plaintiff __WAYNE__
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant __GENESEE__

Case: 2:13-cv-11725
Judge: Tarnow, Arthur J.
MJ: Randon, Mark A.
Filed: 04-17-2013 At 12:43 PM
CMP Berry v. Usewick (krk)

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

DUANE BERRY
38742 BRAMHAM
CLINTON TWP, MI 48038 (248) 841-3346

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 840 Trademark | ● 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ● 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause:
Edward Usewick, through illegal and corrupt means, titled and re-sold Plaintiff's vehicle causing Plaintiff to incur a loss of $138,000.00

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 138,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ● Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE
APRIL 09, 2013

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____